UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0395JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARTIAL INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is an answer to Plaintiff GS Holistic, LLC's complaint filed by *pro se* Defendant Nasim Choudry. (Ans. (Dkt. # 9); *see* Compl. (Dkt. # 1).) Mr. Choudry represents that he filed the answer on behalf of himself and Defendants Martial Inc. and Imtiaz Ahmed Mir. (*See id.* at 2.)

"While a non-attorney may appear *pro se* on his own behalf, '[h]e has no authority to appear as an attorney for others than himself.'" *Johns v. Cty. of San Diego*, 114 F.3d

874, 877 (9th Cir. 1997) (quoting *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987)).  In addition, a corporation or other artificial entity must be represented by licensed counsel.  *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel . . . .  [T]hat rule applies equally to all artificial entities."); *see also* Local Rules W.D. Wash. LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel.").  A business entity that fails to appear in federal court proceedings through counsel may have default and default judgment entered against it.  *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Because Mr. Choudry does not appear to be a licensed attorney, he cannot represent Martial Inc. and Mr. Mir in this court.  Accordingly, the court STRIKES those portions of the answer (Dkt. # 9) that purport to answer the complaint on behalf of Martial Inc. and Mr. Mir.  If they wish to defend themselves in this litigation, (1) Martial Inc. must obtain licensed counsel to represent it and (2) Mr. Mir may either file an answer *pro se* on his own behalf or obtain licensed counsel.  *See* Local Rules W.D. Wash. LCR 83.1 (setting forth the requirements for admission to practice in this court).

Filed and entered this 2nd day of May, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2